872 A.2d 120

IN THE MATTER OF ANA L. VENTURA, AN ATTORNEY
AT LAW (ATTORNEY NO. 017051997).

May 2, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–349, concluding that **ANA L. VENTURA** of **JERSEY CITY**, who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the court having determined from its review of the record that the appropriate discipline is an admonition;

And good cause appearing;

It is ORDERED that **ANA L. VENTURA** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.